LAW OFFICE OF JEANNIE HUA
JEANNIE N. HUA, ESQ.
Nevada Bar No.: 005762
1810 E. Sahara Ave., Suite 1408
Las Vegas, Nevada 89104
Telephone: (702) 239-5715
Facsimile: (702) 466-5949
Email: jeanniehua@aol.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | 2:12-CR-440-JAD-GWF |
| ) | 2:12-CR-452-JAD-VCF |
| Plaintiff, ) | (Second Request) |
| ) | |
| vs. ) | |
| ) | |
| Solomon Zemedhun, ) | |
| ) | |
| Defendant. ) | |

Certification: This Stipulation and Order is being timely filed.

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED by and between Robert Knief, Assistant United States Attorney, counsel for the United States of America; and Jeannie N. Hua of Law Office of Jeannie N. Hua, Incorporated, counsel for Defendant SOLOMON ZEMEDHUN, that the Sentencing date currently scheduled for Monday, February 9, 2015 at 10:00 a.m. in Courtroom 6D, be vacated and continued to a date and time convenient for this Court; however, to a date after the week of March 3, 2015.

/ / /

1

This Stipulation is entered into for the following reasons:

1. That Mr. Solomon had agreed to testify on behalf of the Government in codefendants' trial in case 2:12-cr-00440-RCJ-GWF and 2:12-CR-452-JAD-VCF;

2. Codefendants' trial has been continued to the week of March 3, 2015;

3. That the AUSA Robert Knief is agreeable to the continuance;

4. That denial of this request for a continuance could result in a miscarriage of justice;

5. That this is the second request for a continuance of the Sentencing date in this case;

6. That the Defendant Solomon Zemedhun is agreeable to the continuance; and

7. That this Stipulation is being filed less than ten days prior to the scheduled Sentencing date because AUSA is out of town.

RESPECTFULLY SUBMITTED this 5th day of February, 2015.

| Law Office of Jeannie N. Hua | United States of Attorney |
|---|---|
| /s/ Jeannien N. Hua | /s/ Robert Knief |
| By: _____<br>JEANNIE N. HUA, ESQ.<br>Attorney for Defendant<br>SOLOMON ZEMEDHUN | By: _____<br>ROBERT KNIEF, AUSA<br>Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:12-CR-0440-RCJ-GWF |
| Plaintiff, | ) | 2:12-CR-452-JAD-VCF |
| | ) | (Second Request) |
| vs. | ) | |
| | ) | |
| SOLOMON ZEMEDHUN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the sentencing date;

2. That Mr. Solomon had agreed to testify on behalf of the Government in codefendants' trial in case 2:12-cr-00440-RCJ-GWF and 2:12-CR-452-JAD-VCF;

3. Codefendants' trial has been continued to the week of March 3, 2015;

4. That the AUSA Robert Knief is agreeable to the continuance;

5. That denial of this request for a continuance could result in a miscarriage of justice;

6. That this is the second request for a continuance of the Sentencing date in this case;

7. That the Defendant Solomon Zemedhun is agreeable to the continuance; and

8. That this Stipulation is being filed less than ten days prior to the scheduled Sentencing date because AUSA is out of town.

///

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing date in this matter currently scheduled for February 9, 2019 at 11:00 a.m. be vacated and continued to Monday, March 23, 2015, at 9:00 a.m. in Courtroom #6D.

DATED this 9th day of February, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Jeannie N. Hua
_____
LAW OFFICE OF JEANNIE N. HUA, INC.
JEANNIE N. HUA, ESQ.
Nevada Bar No.: 005672
1810 E. Sahara Ave., Suite 1408
Las Vegas, Nevada 89104
Attorney for Defendant
SOLOMON ZEMEDHUN